No. 10–1170. VAN ALLEN ET AL. *v.* SPARGO ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–8540. SMITH, AKA BARBER, ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9846. TIMMS *v.* JOHNS, WARDEN. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10252. STAPLES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10255. SHELTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–1088. CULLEN, ACTING WARDEN *v.* PINHOLSTER, *ante,* p. 170;
No. 10–7588. PETSOULES *v.* FLORIDA, *ante,* p. 918;
No. 10–8317. FOSTER *v.* TEXAS, 562 U. S. 1194;
No. 10–8610. NEAL *v.* HOOD ET AL., *ante,* p. 907;
No. 10–9221. STRADFORD, AKA SELLERS *v.* UNITED STATES, *ante,* p. 924;
No. 10–9233. IN RE HIEN ANH DAO, *ante,* p. 903;
No. 10–9461. IN RE PENNICK, *ante,* p. 917; and
No. 10–9721. IN RE DOYLE, *ante,* p. 934. Petitions for rehearing denied.

No. 10–9454. DANIELS *v.* UNITED STATES, *ante,* p. 956. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JUNE 2, 2011

No. 10–514. STOK & ASSOCIATES, P. A. *v.* CITIBANK, N. A. C. A. 11th Cir. [Certiorari granted, 562 U. S. 1215.] Writ of certiorari dismissed under this Court's Rule 46.1.